IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LOUISE ROACH,

        Plaintiff,

  v.

FONG & CHAN ARCHITECTS,

        Defendant.
                                    /

No. C 05-00945 SI

**PRETRIAL PREPARATION ORDER**

    It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: October 14, 2005 at 2:30 p.m..
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN:  Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is February 24, 2006.

DESIGNATION OF EXPERTS:  Pltf. 3/6/06; Deft. 3/6/06.   REBUTTAL: 3/17/06
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is April 14, 2006.

DISPOSITIVE MOTIONS **SHALL** be filed by April 14, 2006;

    Opp. Due April 28, 2006;  Reply Due May 5, 2006;

    and set for hearing no later than May 19, 2005 at 9:00 AM.

PRETRIAL CONFERENCE DATE:  June 20, 2006 at 3:30 PM.

JURY TRIAL DATE:  July 3, 2006 at 8:30 AM.,
    Courtroom 4, 17th floor.

TRIAL LENGTH is estimated to be seven days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
This case shall be referred to the court's ENE program.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement.  Parties **SHALL** conform to the attached instructions.  Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated: 7/11/05

                                            SUSAN ILLSTON
                                            United States District Judge